

FILED

08/30/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0338

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0338

DENNIS MARTIN FRIEDT,

Petitioner,

v.

STATE OF MONTANA, and
JAMES SALMONSEN, Warden,

Respondents.

FILED

AUG 3 0 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Dennis Martin Friedt has filed several pleadings: (1) Notice; (2) a Motion for Rule 60(b) err and misinterpretation of statutes along with challenging this Court's denial of his writ of habeas corpus without a hearing, and (3) a Motion, titled Petition for Immediate Release.

This Court can only reconsider a prior decision upon this Court's Montana Rules of Appellate Procedure. The Montana Rules of Civil Procedure, such as Rule 60(b), do not apply to this Court, only district courts. M. R. Civ. P. 1. This Court does not hold fact-finding hearings nor does it entertain motions in an original proceeding, such as this. M. R. App. P. 14(5). We deem his Notice a petition for rehearing, pursuant to M. R. App. P. 20(1).

This Court "will consider a petition for rehearing presented only upon . . . [t]hat it overlooked some fact material to the decision[,] . . . or [t]hat its decision conflicts with a statute or controlling decision not addressed by the supreme court." M. R. App. P. 20(1)(a)(i) and (iii). "Absent clearly demonstrated exceptional circumstances, the supreme court will not grant petitions for rehearing of its orders disposing of motions or petitions for extraordinary writs." M. R. App. P. 20(1)(d).

Upon review, Friedt has not demonstrated any criteria or exceptional circumstances for rehearing here. His arguments are without merit. In the July 12, 2022 Order, this Court

determined that Friedt had not demonstrated an illegal sentence. The Yellowstone County District Court had statutory authority to impose a prison sentence for the four convictions of sexual assault. He is not entitled to immediate release. Accordingly,

IT IS ORDERED that Friedt's Notice, deemed a Petition for Rehearing, is DENIED and DISMISSED.

IT IS FURTHER ORDERED that Friedt's "Motion Rule 60(b) Court Err Misinterpretation of Statu[t]e of D.O.C. Sentence: On OP 22-0338, Court Denies State Habeas Corpus Relief Without a Hearing. Violation of Art. II Sec. 19 Statu[t]e: § 46-18-201(3)(A)(iv)(B) & Statu[t]e § 46-18-202(2). Are Adult Statu[t]e's: § 46-18-201, (B) is for Youth Court[,]" and "Motion Petition for Immediate Release with Respect to the Court: Being Held Against my Right To Liberty:" are DISMISSED, as moot.

The Clerk is directed to provide a copy of this Order to counsel of record and to Dennis Martin Friedt personally.

DATED this 30ᵗʰ day of August, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

2